UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA Y. VAZQUEZ, and other,
similarly situated individuals,

    Plaintiff,

v.                                                 Case No: 2:18-cv-611-FtM-38MRM

UOOLIGAN GAS STATION
CONVENIENCE STORE INC.,
SAEEDA ULLAH, individually, and
FARID ULLAH, individually,

    Defendant.
_____/

## ORDER[1]

Before the Court is United States Magistrate Judge Nicholas Mizell's Report and Recommendation (R&R) (Doc. 61), recommending defaults be entered against Defendants Uooligan Gas Station Convenience Store Inc., Saeeda Ullah, and Farid Ullah and the Defendants' Answer and Affirmative Defenses (Doc. 41) be stricken. No party objected to the R&R, and the time to do so has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,* 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See* Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

Defendants' original counsel withdrew in November 20, 2019. Since then, Defendants have not meaningfully participated in this action and have ignored the Court's orders. Judge Mizell's recommendation that the Court enter defaults against Defendants is thus warranted. After careful consideration of the R&R and an independent review of the file, the Court accepts and adopts the R&R.

Accordingly, it is now

**ORDERED:**

1. United States Magistrate Judge Nicholas Mizell's Report and Recommendation (Doc. 61), is **ACCEPTED** and **ADOPTED** and incorporated into this Order.

2. The Clerk of Court is **DIRECTED** to enter defaults against Defendants Uooligan Gas Station Convenience Store Inc., Saeeda Ullah, and Farid Ullah.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of February, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record