UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA Y. VAZQUEZ, and other, similarly situated individuals,

Plaintiff,

v. Case No: 2:18-cv-611-FtM-38MRM

UOOLIGAN GAS STATION CONVENIENCE STORE INC., SAEEDA ULLAH, individually, and FARID ULLAH, individually,

Defendant.
_______________________________/

**ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas Mizell's Report and Recommendation (R&R) (Doc. 68), recommending default judgment be entered against Defendants Uooligan Gas Station Convenience Store Inc., Saeeda Ullah, and Farid Ullah.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also* *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After the Clerk entered defaults against Defendants, Vazquez moved for default judgment and submitted an affidavit detailing her damages. Magistrate Judge Mizell used the affidavit to calculate Vazquez's damages and recommends judgment in the amount of $56,366.00. After careful consideration of the R&R and an independent review of the file, the Court accepts and adopts the R&R.

Accordingly, it is now

**ORDERED:**

1. United States Magistrate Judge Nicholas Mizell's Report and Recommendation (Doc. 68), is **ACCEPTED** and **ADOPTED** and incorporated into this Order.
2. Plaintiff Maria Y. Vazquez's Motion for Default Judgment against Defendants (Doc. 65) is **GRANTED**. Vazquez is awarded $56,366.00.
3. The Clerk of Court is **DIRECTED** to enter default judgment against Defendants Uooligan Gas Station Convenience Store Inc., Saeeda Ullah, and Farid Ullah in the amount of $56,366.00 and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of June, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record